UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-62523-CIV-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MIGUEL A. FANEGO,

    Defendant.
_____/

## ORDER DENYING MOTION FOR ENTRY OF FINAL DEFAULT JUDGMENT

This **MATTER** is before the Court on Plaintiff's Motion for Entry of Final Default Judgment [D.E. 7]. The Eleventh Circuit has held that "[t]o recover on a promissory note, the government must show (1) the defendant signed it, (2) the government is the present owner or holder, and (3) the note is in default." *United States v. Carter*, 506 Fed. Appx 853, 858 (11th Cir. 2013). Plaintiff has failed to submit the original promissory notes demonstrating that Defendant signed them. Consequently, the Motion is **DENIED**. Plaintiff may re-file a motion for default judgment if it also files the original promissory notes signed by Defendant. Failure to file the original promissory notes signed by Defendant **within ten days of the date of this Order** may result in dismissal of this case.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this ___ day of August, 2013.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

1